# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00272-MR

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**CHEMTRONICS, INC.** and )<br>**NORTHROP GRUMMAN SYSTEMS** )<br>**CORPORATION,** )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Chemtronics, Inc.'s motion for the admission of attorney Robert D. Fox as counsel *pro hac vice*. [Doc. 4]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 4] is **ALLOWED**, and Robert D. Fox is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: October 16, 2020

Martin Reidinger
Chief United States District Judge